Form ntcphoto

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                            Case No.:  23−10992−ABA  
                            Chapter:  7  
                            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   George−Anna Kelly  
   aka Georgia Kelly  
   25 S Ladow Ave  
   Apt 4K  
   Millville, NJ 08332

Social Security No.:  
   xxx−xx−5327

Employer's Tax I.D. No.:

## Notice of Requirement to Submit Photo ID

      Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

      The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 2/6/23, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

- [x] debtor
- [ ] joint debtor

    is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by February 21, 2023. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: February 7, 2023  
JAN: dmb

                                                                                Jeanne Naughton  
                                                                                  Clerk