Certificate Number: 14912-NJ-DE-037183580

Bankruptcy Case Number: 23-10992


14912-NJ-DE-037183580

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 14, 2023, at 5:28 o'clock PM EST, George-Anna Kelly completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: February 14, 2023    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor