23-10992

FILED
JEANNE A. NAUGHTON, CLERK
FEB 16 2023
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Certificate Number: 15725-NJ-CC-037144756

15725-NJ-CC-037144756

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 30, 2023, at 4:02 o'clock PM EST, George-Anna Kelly received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: January 30, 2023            By:    /s/Angela Rosa

                                  Name:  Angela Rosa

                                  Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

..., NJ 08332

District of New Jersey
401 Market Street
Camden, NJ 08102

RECEIVED
FEB 16 2023
AT 8:30 ___M
WILLIAM T. WALSH
CLERK

